ACCEPTED
15-25-00190-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 11:05 AM
CHRISTOPHER A. PRINE
CLERK

**15-25-00190-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 11:05:07 AM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS
# FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

## STACEY HARTWIG

### Appellant

### v.

## NEUROLOGICAL FITNESS AND RECOVERY FACILITIES II, LLC, D/B/A NEUFIT; NEUROLOGICAL FITNESS EQUIPMENT AND EDUCATION, LLC; GARRETT SALPETER; AND TAYLER THATCHER

### Appellees

From the 345th District Court, Travis County, Texas
The Honorable Jan Soifer, Presiding
Trial Court Case No. D-1-GN-25-008222

## APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellant Stacey Hartwig announces to this Court that the parties attended a mediation of this case on November 12, 2025, which resulted in a resolution of all disputed matters that are relevant to this appeal. Accordingly, Appellant has no need to further pursue this appeal, and she respectfully requests that the Court enter an order dismissing this appeal.

Respectfully Submitted,

**LOVINS | TROSCLAIR, P.L.L.C.**

*/s/ Kenneth P. Trosclair*
Kenneth P. Trosclair
State Bar No. 24033548
Pete@LovinsLaw.com
Michael E. Lovins
State Bar No. 24032555
Michael@LovinsLaw.com
Drew Rogers
State Bar No. 24068097
Drew@LovinsLaw.com
1301 S. Capital of Texas Highway
Building A, Suite 136
Austin, Texas 78746
Telephone: (512) 535-1649
Facsimile: (214) 972-1047
**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that my associate, Drew Rogers, conferred with counsel for Appellees by email on November 21, 2025, who stated that Appellees are unopposed with the contents set forth in this Motion.

*/s/ Kenneth P. Trosclair*
Kenneth P. Trosclair
Attorney for Appellant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November ___, 2025, I served a true and correct copy of the foregoing Motion in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure via the Texas electronic filing system upon counsel of record for all parties.

*/s/ Kenneth P. Trosclair*
Kenneth P. Trosclair
Attorney for Appellant

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Angela Reyna on behalf of Kenneth Trosclair
Bar No. 24033548
angela@ltlegalteam.com
Envelope ID: 108329644
Filing Code Description: Motion
Filing Description: Appellant's Motion to Dismiss Appeal
Status as of 11/21/2025 11:17 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Belinda Arambula | | barambula@terrazaspllc.com | 11/21/2025 11:05:07 AM | SENT |
| Pete Trosclair | | Pete@Lovinslaw.com | 11/21/2025 11:05:07 AM | SENT |
| Drew Rogers | | drew@lovinslaw.com | 11/21/2025 11:05:07 AM | SENT |
| Angela Reyna | | angela@lovinslaw.com | 11/21/2025 11:05:07 AM | SENT |

**IN THE COURT OF APPEALS
FIFTEENTH DISTRICT OF TEXAS AT AUSTIN**

**STACEY HARTWIG**

**Appellant**

**v.**

**NEUROLOGICAL FITNESS AND RECOVERY FACILITIES II, LLC,
D/B/A NEUFIT; NEUROLOGICAL FITNESS EQUIPMENT AND
EDUCATION, LLC; GARRETT SALPETER; AND TAYLER THATCHER**

**Appellees**

**From the 345th District Court, Travis County, Texas
The Honorable Jan Soifer, Presiding
Trial Court Case No. D-1-GN-25-008222**

**ORDER GRANTING APPELLANT'S MOTION TO DISMISS APPEAL**

On this day, the Court considered Appellant's Motion to Dismiss Appeal. Finding that the Motion is meritorious, and being satisfied that Appellees are unopposed to the relief requested in the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that this appeal is hereby DISMISSED.

SO ORDERED.

Signed on this _____ day of _____, 2025.


_____
JUDGE PRESIDING
Court of Appeals
Third District of Texas at Dallas